E. Frank Jones et al., Appellees, v. Jos. Greenspon's Son Pipe Corporation, Appellant.

opinion filed March 2, 1942; rehearing denied March 26, 1942. McGlynn & McGlynn and Taylor, Mayer, Shifrin & Willer, for appellant; John J. Hoban and Ben L. Shifrin, of counsel; Harry C. Moore and Andrew O. Niehoff, for appellees. Opinion by Justice CULBERTSON. "Not to be published in full."